IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **DEANNA DENISE POPE,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:15CV00001 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CAROLYN W. COLVIN, ACTING** | ) | By: James P. Jones |
| **COMMISSIONER OF** | ) | United States District Judge |
| **SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed March 8, 2016, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** that (1) the Report and its findings and recommendations are wholly ACCEPTED and APPROVED; (2) the Motion for Summary Judgment by the Acting Commissioner of Social Security ("Commissioner") is GRANTED; and (3) the decision of the Commissioner is AFFIRMED.

A separate final Judgment will be entered herewith.

ENTER: March 28, 2016

/s/ James P. Jones
United States District Judge